## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO. _16 mj 02639-Simonton_

IN THE MATTER OF SEALED
CRIMINAL COMPLAINT

_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Northern Region of the United
    States Attorney's Office prior to October 14, 2003?      _____ Yes    __X__ No

2.  Did this matter originate from a matter pending in the Central Region of the United States
    Attorney's Office prior to September 1, 2007?      _____ Yes    __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
Sean T. McLaughlin
Assistant United States Attorney
Court ID No. A5501121
99 NE 4th Street, 8th Floor
Miami, FL 33132
Phone: (305) 961-9013

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| GERTI MUHO, | ) | Case No. *16mj 02639 - Simonton* |
| a/k/a "Gerard Morgan," a/k/a "Peter Morgan," a/k/a | ) | |
| "Enton Pinguli," a/k/a "Kris Blair," | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2013 through May 11, 2016__ in the county of _____Miami_____ in the
_____Southern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344(1) and (2) - Bank Fraud | MUHO has knowingly, and with intent to defraud, executed, attempted to execute, and caused the execution of, a scheme and artifice to defraud one or more financial institutions and obtain moneys, funds, credits, assets, and other property owned by, and under the custody and control of one or more said financial institutions by means of materially false and fraudulent pretenses, representations, and promises. |
| 18 U.S.C. § 1343 - Wire Fraud | MUHO has knowingly, and with intent to defraud, devised, and intended to devise, a scheme and artifice to defraud and obtain money and property by means of materially false and fraudulent pretenses, representations, and promises by means of interstate wire communications. |
| 18 U.S.C. § 1028A - Aggravated Identity Theft | MUHO has knowingly, during and in relation to felony violations of 18 U.S.C. §§ 1344 and 1343, transfered, possessed, and used, without lawful authority, the means of identification of another person. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF U.S. POSTAL INSPECTOR ANTHONY ARENA

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Inspector Anthony Arena, USPIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____5/11/16____

_____
*Judge's signature*

City and state: _____Miami, Florida_____

Andrea M. Simonton, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Anthony Arena, being first duly sworn, do hereby depose and state the following:

1.      I am a U.S. Postal Inspector with the United States Postal Inspection Service ("USPIS"), currently assigned to the Miami Division's Headquarters External Crimes Team. I have been an Inspector for USPIS since July 2014. My responsibilities include the investigation concerning robberies; identify theft, and theft of mail. I have received training in criminal investigation procedures and criminal law, including violations of the federal bank, wire, and access device fraud and aggravated identity theft statutes. I have participated in numerous criminal investigations involving the various above-described statutes.

2.      I submit this Affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. Specifically, this Affidavit is based upon my: (a) personal observations and knowledge; (b) conversations with other law enforcement agents who have participated in this investigation and related investigations; and (c) review of bank video surveillance footage and financial documents, instruments, and records connected with the investigation; and (d) witness interviews. This Affidavit is being submitted in support of a criminal complaint against Gerti MUHO a/k/a "Gerard Morgan," a/k/a "Peter Morgan," a/k/a "Enton Pinguli," a/k/a "Kris Blair," (hereinafter "MUHO")[1] and as such, does not include all the information

---

[1] Based on the investigation, law enforcement has uncovered that MUHO attended UC Berkeley School of Law and received his J.D. in 2012. Per his own *pro se*

1

known to me as part of this investigation, but only information sufficient to establish probable cause for the arrest of MUHO for a violations of 18 U.S.C. §§ 1344, 1343, and 1028A.

## FACTUAL BACKGROUND

3.      In conjunction with the Federal Bureau of Investigation and local South Florida law enforcement, U.S. Postal Inspectors are currently participating in an ongoing fraud and identity theft investigation emanating out of the Southern District of Florida. Based on the ongoing investigation, law enforcement uncovered that MUHO has engaged in an ongoing fraud scheme, in the Southern District of Florida and elsewhere, beginning in and around April 2013 continuing through the date of this Affidavit.

### *Fraud Involving MUHO's Former Employer*

4.      Starting in and around June 2012, MUHO was employed with Fletcher Asset Management (hereinafter "FAM") and related affiliates in New York, NY.  FAM had numerous related entities/subsidiaries, including but not limited to RF Services, Fletcher Funds, Richcourt Funds, Soundview Elite Ltd., Vanquish Fund Ltd., FI Cobalt, Inc., and FI Investments Inc.  Based on witness interviews and other investigation, law enforcement learned that MUHO, during late 2012, copied and retained the company's server files, which contained voluminous personal and financial identifying information of employees, clients, subsidiaries, and others.

5.      During in and around April 2013, MUHO's employment with FAM was terminated and he was removed from all associated boards of directors and bank accounts.  Upon being terminated, MUHO refused to return the copy of the company's

_____

civil pleadings, discussed below, MUHO purportedly twice failed the California bar exam and is not licensed to practice law.

2

server files.   Based on the entities and real person victims involved in MUHO's fraudulent activity, as set forth below, your Affiant submits that there is probable cause to believe that MUHO unlawfully copied, retained, and utilized personal and financial identifying information of employees, clients, and other individuals and entities associated with his former employer.

6.     After being terminated at FAM, MUHO began to fraudulently attempt, via forged corporate documents, to obtain multi-million dollar amounts from FAM's subsidiaries.   On or about August 9, 2013, MUHO falsely and fraudulently obtained approximately $2,067,377.24 from Soundview Elite's overseas HSBC bank account in Monaco.   MUHO was quickly able to transfer approximately $1.6 million to various other bank accounts under his control without detection.   Thereafter, MUHO was successfully sued in Southern District of New York case number 13-6895-CV-TORRES.[2] The plaintiffs obtained a default judgment and were able to freeze approximately $400,000 in Soundview funds remaining in MUHO's Citibank account.[3]

*CEM Mortgage Fraud*

7.     During September 2013, MUHO utilized the above-described fraud proceeds, as set forth in paragraphs 4-6, to make a cash purchase for a condominium

---

[2] These events resulted in MUHO filing a series of *pro se* state and federal civil pleadings, bankruptcy petitions, and lawsuits in the Southern District of Florida (14-20568-CV-KMM, 15-21396-CV-KMW), Southern District of New York, Northern District of California, and State of Delaware, all of which have been dismissed and/or remain on appeal.

[3] On May 7, 2013, MUHO opened Citibank account xxxx-4214 in the name of his purported new Delaware company: "Leveraged Hawk Inc."   MUHO created "Leveraged Hawk" on April 29, 2013.   MUHO listed himself as the company's sole president, director and chairperson.   Based on law enforcement's investigation, it appears that the company has never conducted any actual legitimate business.

*& Bogus means that a check with Pennsylvania DMV did not reveal an active driver's license*

located at 1100 Biscayne Blvd, Apt. 5303, Miami, FL (hereinafter "Miami residence")

for approximately $775,000.[4]   During November 2014, MUHO, in the name of GM

Capital Management Inc.[5] and "Gerard Morgan," applied for a $500,000 mortgage loan

for the Miami residence with CEM Investments LLC ("CEM") and Capital International

Financial Inc.[6]   Among other material misrepresentations, MUHO, while posing as

"Gerard Morgan,"[7] and utilized a bogus social security number (xxx-xx-5081).   MUHO

falsely claimed that he had worked at GM Capital Management Inc. for the three (3)

years and earned $40,000 per month.   MUHO included a bogus Pennsylvania driver's   *& M*

license, with his own photo, in the name of "Gerard Peter Morgan."   Your Affiant

submits that there is probable cause to believe that MUHO knowingly, and with intent to

defraud, executed, attempted to execute, and caused the execution of, a scheme and

artifice to defraud one or more financial institutions and obtain moneys, funds, credits,

assets, and other property owned by, and under the custody and control of one or more

said financial institutions by means of materially false and fraudulent pretenses,

representations, and promises, all in violation of 18 U.S.C. § 1344(1) and (2).

---

[4]   In addition to the Miami residence purchase, upon review of various bank records, MUHO utilized the remaining $900,000 in fraud proceeds to quickly purchase a Maserati vehicle, gamble, and pay off personal credit card debt, among other items.

[5]   MUHO created Delaware corporations GM Capital Management Inc. and Acacius S. LLC on August 9, 2013, the same day he fraudulently obtained the $2 million. Based on law enforcement's investigation, it appears that these companies have never conducted any actual legitimate business.

[6]   CEM was the ultimate lender and a financial institution under 18 U.S.C. §§ 20(10).

[7]   A review of court recording revealed that, on or about July 23, 2014, MUHO legally changed his name, in King County, Washington, to "Gerard Peter Morgan."

8.      On or about November 26, 2014, CEM approved the loan and wired approximately $453,710 to the closing agent in South Miami, FL.  Thereafter, the closing agent issued three (3) checks to MUHO totaling approximately $380,194.32.  Subsequent investigation revealed that these funds were deposited in a JP Morgan Chase account controlled by MUHO.  A review of this JP Morgan account revealed that MUHO, during the following four (4) months, quickly utilized most, if not all, of these funds for shopping, gambling, and travel.  During April 2015, the loan entered default.  Thereafter, CEM foreclosed, took possession, and sold the Miami residence.[8]

9.      On or about February 16, 2016, the Miami-Dade Police Department and new owners entered the Miami residence to formally evict MUHO.  They discovered that MUHO abandoned the unit, but left behind a series of bogus identification documents, checks, paystubs, financial statements, credit and debit cards, and other fraudulent financial items.[9]  This evidence was promptly seized and taken into law enforcement custody.

### *Space Coast Credit Union Fraud*

10.     During February 2015, MUHO, posing as "Gerard Morgan," applied for a vehicle loan in Miami, FL, in the amount of $30,407.00.  MUHO applied for the loan

---

[8]  During October 2015, the lender initiated foreclosure proceedings.  These events resulted in MUHO filing a series of *pro se* federal civil suits and Chapter 11 bankruptcy petitions in the Southern District of Florida, all of which have been dismissed or are pending dismissal.  The case numbers include 15-23884-CV-JAL, 15-24622-CV-MGC, and 15-28414-RAM (bankruptcy).  For certain filings, MUHO also listed a virtual address located in Walnut, CA.

[9]  Among the various institutional victims, these items also pertained to the following known real person victims: T.D.V., M.H.G., J.M., M.P.G., E.H., G.L., M.L.G., A.F., F.S., R.C., and B.K., among others.  Based on items seized at the Miami residence, investigating agents are also investigating whether approximately ten (10) additional individuals are real person victims.

*Bogus means a check with Massachusetts DMV did not reveal an active driver's license.*

with Space Coast Credit Union, a financial institution under 18 U.S.C. § 20, in order to purchase an orange 2015 Jaguar convertible, with Vehicle Identification Number (VIN) xxxx-5911. As part of the transaction, MUHO traded in the Maserati vehicle that he earlier purchased with the $2 million in fraudulently obtained Soundview funds as described above in paragraph 6.

11.     Among other material misrepresentations, MUHO claimed that he was "President and Attorney" of GM Capital Management and earned $220,000 per year. MUHO utilized a bogus social security number (xxx-xx-5081) and provided two (2) bogus 2014 W-2 and IRS-1099 documents for GM Capital Management Inc. and Leveraged Hawk Inc., with the same fake social security number, and a bogus Massachusetts driver's license, with MUHO's photograph, in the name of "Gerard Morgan." Based on the material misrepresentations, Space Coast Credit Union approved the loan. Soon thereafter, MUHO stopped making payments and the loan entered default.[10] Your Affiant submits that there is probable cause to believe that MUHO knowingly, and with intent to defraud, executed, attempted to execute, and caused the execution of, a scheme and artifice to defraud one or more financial institutions and obtain moneys, funds, credits, assets, and other property owned by, and under the custody and control of one or more said financial institutions by means of materially false and fraudulent pretenses, representations, and promises, all in violation of 18 U.S.C. § 1344(1) and (2).

---

[10]  Based on law enforcement surveillance during April and May 2016, MUHO and the orange 2015 Jaguar convertible have since been observed at a residence in Ridgewood, NY.

*Wells Fargo, PNC, BoA, and TD Bank Fraud*

12.     Beginning in and around September 2015, MUHO, in the Southern District of Florida, falsely and fraudulently submitted bank application and related documents to open approximately nine (9) accounts at Wells Fargo Bank ("Wells Fargo"), PNC Bank ("PNC"), Bank of America ("BoA"), and TD Bank, all financial institutions under 18 U.S.C. § 20.  MUHO was also captured on bank surveillance video opening certain accounts and attempting to cash and deposit various bogus checks.  In total, the bogus checks totaled approximately $77,140.00.  As set forth below, your Affiant submits that there is probable cause to believe that MUHO knowingly, and with intent to defraud, executed, attempted to execute, and caused the execution of, a scheme and artifice to defraud one or more financial institutions and obtain moneys, funds, credits, assets, and other property owned by, and under the custody and control of one or more said financial institutions by means of materially false and fraudulent pretenses, representations, and promises, all in violation of 18 U.S.C. § 1344(1) and (2). Additionally, there is also probable cause to believe that MUHO knowingly transferred, possessed, and used, without lawful authority, the means of identification of real person victims A.F., M.M., and T.D.V., during and in relation to these 18 U.S.C. § 1344 violations, all in violation 18 U.S.C. § 1028A.

*Wells Fargo accounts xxxx-8899 and xxxx-7601*

13.     On or about September 30, 2015, MUHO falsely and fraudulently submitted bank account application and related documents to a Wells Fargo branch located in Sunrise, FL.  Among other material misrepresentations, MUHO falsely and fraudulently utilized T.D.V.'s name, forged signature, and social security number when applying for the Wells Fargo accounts.  During the Wells Fargo account application

7

process, MUHO also falsely and fraudulently presented a bogus Ohio driver's license in the name of T.D.V., which contained MUHO's photograph, as proof of identification.

14.     Based on the material misrepresentations, Wells Fargo approved and opened accounts xxxx-8899 and xxxx-7601 and issued debit card (xxxx-7564) for MUHO, all in the name of T.D.V. and with a listed address located in Miami Beach, FL. Thereafter, utilizing victims' personal identifying information, MUHO falsely and fraudulently used, and attempted to use, Wells Fargo and other financial institution funds for his own benefit.

15.     On or about October 13, 2015, MUHO falsely and fraudulently created, and caused to be created, BoA check #151.  BoA check #151, in the amount of $300.00, purported to be from FI Cobalt Inc. and payable to T.D.V.  That same day, at a Wells Fargo branch located in Davie, FL, MUHO, utilizing T.D.V.'s name and forged signature, falsely and fraudulently deposited, and attempted to deposit, BoA check #151 into Wells Fargo account xxxx-8899.  Among other material misrepresentations, MUHO falsely and fraudulently utilized BoA account information, including T.D.V.'s name and forged signature, to represent that payment was authorized.

*PNC account xxxx-7156*

16.     On or about October 7, 2015, MUHO falsely and fraudulently submitted bank account application and related documents to a PNC branch located in Cooper City, FL.  Among other material misrepresentations, MUHO falsely and fraudulently utilized T.D.V.'s name, forged signature, and social security number when applying for the PNC account.   During the PNC account application process, MUHO also falsely and fraudulently presented a bogus Ohio driver's license in the name of T.D.V., which contained MUHO's photograph, as proof of identification.

8

17.   Based on the material misrepresentations, PNC approved and opened account xxxx-7156 and issued debit card (xxxx-8003) for MUHO, all in the name of T.D.V. and with a listed address located in Brooklyn, NY.  Thereafter, utilizing victims' personal identifying information, MUHO falsely and fraudulently used, and attempted to use, PNC and other financial institution funds for his own benefit.

18.   On or about October 12, 2015, MUHO falsely and fraudulently created, and caused to be created, UMB Bank ("UMB") check #2063.  UMB check #2063, in the amount of $50,000.00, purported to be from M.M. and Lampost Blue Chip Fund L.P. and payable to T.D.V.  On or about October 15, 2015, MUHO deposited, and attempted to deposit, UMB Bank check #2063 into PNC account xxxx-7156.  Among other material misrepresentations, MUHO falsely and fraudulently utilized UMB Bank account information and M.M.'s and T.D.V.'s personal identifying information to represent that payment was authorized.

19.   On or about October 12, 2015, MUHO falsely and fraudulently created, and caused to be created, Silicon Valley Bank ("SVB") check #2205.  SVB check #2205, in the amount of $450.00, purported to be payable to T.D.V.  On or about October 21, 2015, MUHO deposited, and attempted to deposit, SVB check #2205 into PNC account xxxx-7156.  Among other material misrepresentations, MUHO falsely and fraudulently utilized SVB account information and T.D.V.'s and A.F.'s personal identifying information to represent that payment was authorized.

*BoA account xxxx-2838*

20.   On or about October 8, 2015, MUHO falsely and fraudulently submitted bank account application and related documents to a BoA branch located in Miami, FL. Among other material misrepresentations, MUHO falsely and fraudulently utilized

T.D.V.'s name, forged signature, and social security number when applying for the BoA account. During the BoA account application process, MUHO also falsely and fraudulently presented a bogus Ohio driver's license in the name of T.D.V., which contained MUHO's photograph, as proof of identification. Based on the material misrepresentations, BoA approved and opened account xxxx-2838 for MUHO in the name of T.D.V. and with a listed address located in Long Beach, NY.

*BoA accounts xxxx-4771 and xxxx-4784*

21. On or about October 8, 2015, MUHO falsely and fraudulently submitted bank account application and related documents to a BoA branch located in Miami, FL. Among other material misrepresentations, MUHO falsely and fraudulently utilized T.D.V.'s name and forged signature when applying for the two (2) BoA accounts. During the BoA account application process, MUHO falsely and fraudulently presented a bogus Ohio driver's license in the name of T.D.V., which contained MUHO's photograph, as proof of identification. MUHO also falsely and fraudulently presented a PNC debit card (xxxx-8003) in T.D.V.'s name and claimed that T.D.V. was a director of FI Colbalt Inc.

22. Based on the material misrepresentations, BoA approved and opened accounts xxxx-4771 and xxxx-4784 and issued a BoA debit card (xxxx-8280) for MUHO, all in the name of T.D.V. and FI Colbalt Inc. and with a listed address located in Brooklyn, NY. Thereafter, utilizing victims' personal identifying information, MUHO falsely and fraudulently utilized, and attempted to utilize, BoA and other financial institution account funds for his own use and benefit.

23. On or about October 13, 2015, MUHO falsely and fraudulently created, and caused to be created, American Express Travel Related Services Inc. ("American

Express TRS") check #xxxx-2698.  American Express TRS check #xxxx-2698, in the amount of $1,750.00, was payable to "Enton Pinguli."  That same day, MUHO deposited, and attempted to deposit American Express TRS check #xxxx-2698 into BoA account xxxx-4771.  Among other material misrepresentations, MUHO falsely and fraudulently utilized American Express TRS account information to represent that payment was authorized.

24.     On or about October 13, 2015, MUHO, utilizing the $1,750.00 described above from BoA account xxxx-4771, falsely and fraudulently created, and caused to be created, BoA checks #150 and #151.  BoA check #150, in the amount of $250.00, purported to be from FI Colbalt Inc. and payable to T.D.V.  BoA check #151, in the amount of $300.00, also purported to be from FI Colbalt Inc. and payable to T.D.V.  That same day, MUHO deposited, and attempted to deposit BoA checks #150 and #151 into Wells Fargo and PNC accounts.  Among other material misrepresentations, MUHO falsely and fraudulently utilized BoA account information and T.D.V.'s personal identifying information, to represent that payment was authorized.

25.     On or about October 18, 2015, MUHO falsely and fraudulently created, and caused to be created, SVB check #2204.  SVB check #2204, in the amount of $900.00, purported to be payable to T.D.V.  On or about October 21, 2015, MUHO deposited, and attempted to deposit, SVB check #2204 into BoA account xxxx-4771.  Among other material misrepresentations, MUHO falsely and fraudulently utilized SVB account information and T.D.V.'s and A.F.'s personal identifying information, to represent that payment was authorized.

26.     On or about October 19, 2015, MUHO falsely and fraudulently created,

11

and caused to be created, SVB check #2302.  SVB check #2302, in the amount of $2,000.00, purported to be payable to T.D.V.  On or about October 22, 2015, MUHO deposited, and attempted to deposit, SVB check #2302 into BoA account xxxx-4784. Among other material misrepresentations, MUHO falsely and fraudulently utilized SVB account information and T.D.V.'s and A.F.'s personal identifying information, to represent that payment was authorized.

27.     On or about October 21, 2015, MUHO falsely and fraudulently created, and caused to be created, PNC check #207.  PNC check #207, in the amount of $200.00, purported to be from T.D.V. and payable to FI Cobalt Inc.  On or about October 23, 2015, deposited, and attempted to deposit, PNC check #207 into BoA account xxxx-4771.  Among other material misrepresentations, MUHO falsely and fraudulently utilized PNC account information and T.D.V.'s personal identifying information, to represent that payment was authorized.

### *BoA account xxxx-2760*

28.     On or about October 8, 2015, MUHO falsely and fraudulently submitted bank account application and related documents to a BoA branch located in Miami, FL. Among other material misrepresentations, MUHO falsely and fraudulently utilized T.D.V.'s name and forged signature when applying for a BoA account in the name of FI Investments.    During the BoA account application process, MUHO falsely and fraudulently presented a bogus Ohio driver's license in the name of T.D.V., which contained MUHO's photograph, and a PNC debit card (xxxx-8003) in T.D.V.'s name. MUHO also falsely and fraudulently claimed that T.D.V. was a director of FI Investments Inc.

29.     Based on the material misrepresentations, BoA opened account xxxx-

2760, and issued a BoA debit card (xxxx-8199), for MUHO, all in the name of T.D.V. and FI Investments, Inc. and with a listed address located in Brooklyn, NY. Thereafter, utilizing victims' personal identifying information, MUHO falsely and fraudulently utilized and attempted to utilize BoA and other financial institution account funds for his own use and benefit.

30.     On or about October 19, 2015, MUHO falsely and fraudulently created, and caused to be created, SVB check #2300. SVB check #2300, in the amount of $2,500.00, purported to be payable to FI Investments Inc. On or about October 22, 2015, MUHO deposited, and attempted to deposit, SVB check #2300, into BoA account xxxx-2760. Among other material misrepresentations, MUHO falsely and fraudulently utilized SVB account information and T.D.V.'s and A.F.'s personal identifying information, to represent that payment was authorized.

31.     On or about October 21, 2015, MUHO falsely and fraudulently created, and caused to be created, SVB check #2305. SVB check #2305, in the amount of $4,000.00, purported to be payable to T.D.V. On or about October 23, 2015, MUHO deposited, and attempted to deposit, SVB check #2305, into BoA account xxxx-2760. Among other material misrepresentations, MUHO falsely and fraudulently utilized SVB account information and T.D.V.'s and A.F.'s personal identifying information, to represent that payment was authorized.

*TD Bank accounts xxxx-8119 and xxxx-2810*

32.     On or about October 29, 2015, MUHO falsely and fraudulently submitted bank account application and related documents to a TD Bank branch located in Sunny Isles, FL. Among other material misrepresentations, MUHO falsely and fraudulently utilized T.D.V.'s name, forged signature, and social security number when applying for

two (2) TD Banks accounts.  During the TD Bank account application process, MUHO also falsely and fraudulently presented a bogus Ohio driver's license in the name of T.D.V., which contained MUHO's photograph, as proof of identification.

33.    Based on the material misrepresentations, TD Bank approved and opened accounts xxxx-8119 and xxxx-2810 for MUHO, all in the name of T.D.V. and with a listed address located in Plantation, FL.    Thereafter, utilizing victims' personal identifying information, MUHO falsely and fraudulently utilized and attempted to utilize TD Bank and other financial institution account funds for his own use and benefit, resulting in losses to the financial institutions.

34.    On or about October 26, 2015, MUHO falsely and fraudulently created, and caused to be created, HSBC Bank ("HSBC") check #1207.  HSBC check #1207, in the amount of $9,790.00, purported to payable to T.D.V.  On or about October 29, 2015, MUHO deposited, and attempted to deposit, HSBC check #1207 into TD Bank account xxxx-8119.  Among other material misrepresentations, MUHO falsely and fraudulently utilized HSBC account information and T.D.V.'s personal identifying information to represent that payment was authorized.

35.    On or about October 27, 2015, MUHO falsely and fraudulently created, and caused to be created, SVB check #3006.  SVB check #3006, in the amount of $4,000.00, purported payable to T.D.V.   On or about October 29, 2015, MUHO deposited, and attempted to deposit SVB check #3006 into TD Bank account xxxx-8119. Among other material misrepresentations, MUHO falsely and fraudulently utilized SVB account information and T.D.V.'s and A.F.'s personal identifying information, to represent that payment was authorized.

## *Upstart Network Inc. Fraud*

36.     On or about October 8, 2015, MUHO, posing as victim T.D.V., electronically submitted an online loan application, via the Internet, in the amount of $35,000, with Upstart Network Inc. and Cross River Bank.   Upstart Network Inc. and Cross River Bank are both located outside the State of Florida.   MUHO falsely and fraudulently utilized T.D.V.'s name and social security number.   MUHO also submitted a bogus Ohio driver's license, in T.D.V.'s name, with MUHO's photograph, including an altered Wells Fargo account statement in T.D.V.'s name.[11]

37.     Subsequent investigation revealed that the Internet Protocol (IP) address, captured by Upstart Network Inc. at the time of the application, was registered to Hotwire Internet service at MUHO's Miami residence.   Your Affiant submits that there is probable cause to believe that MUHO knowingly, and with intent to defraud, devised, and intended to devise, a scheme and artifice to defraud and obtain money and property by means of materially false and fraudulent pretenses, representations, and promises by means of interstate wire communications, in violation of 18 U.S.C. § 1343.   Additionally, there is also probable cause to believe that MUHO knowingly transferred, possessed, and used, without lawful authority, the means of identification of real person victim T.D.V., during and in relation to the above-described 18 U.S.C. § 1343 violation, all in violation 18 U.S.C. § 1028A.

## *Sallie Mae Bank Fraud*

37.     Beginning in November 2015, MUHO made various attempts to falsely and fraudulently obtain student loans through Sallie Mae Bank ("Sallie Mae"), a financial

---

[11]  The Wells Fargo account statement (xxxx-7601) was altered to reflect a $9,000.00 balance.   In fact, the actual balance in the account was $3.50.

institution under 18 U.S.C. § 20.  On or about November 24, 2015, MUHO, posing as J.M.R. and victim M.H.G., electronically applied to Sallie Mae, via the Internet, for a $30,000 student loan.  The IP address captured by Sallie Mae was registered to Hotwire Internet service at MUHO's Miami residence.  J.M.R. was the applicant and M.H.G. was the co-signer.  Among other material misrepresentations, MUHO claimed that J.M.R. was attending UC Berkley School of Law.  MUHO utilized a bogus social security number for J.M.R. (xxx-xx-2280), but provided M.H.G.'s real social security number and other personal identifying information.

38.     On or about December 15, 2015, MUHO, posing as "Kris J. Blair" and victim M.H.G., electronically applied to Sallie Mae, via the Internet, for a bar study loan in the amount of $15,000.  The IP address captured by Sallie Mae Bank was registered to Hotwire Internet service at MUHO's Miami residence.  MUHO fraudulently utilized the alias "Kris Blair" as the applicant, and listed victim M.H.G. as the co-signer.  Among other material misrepresentations, MUHO claimed that "Kris Blair" graduated from UC Berkeley School of Law and earned $180,000 per year at Grower, Blair, and Co.  MUHO fraudulently utilized a bogus social security number for "Kris Blair" (xxx-xx-5782) and provided M.H.G.'s real social security number and other personal identifying information.  On or about January 9, 2016, Sallie Mae Bank approved the loan and issued two (2) checks totaling $15,000, which were mailed to an address in Ridgewood, NY.[12] A review of BoA records revealed that these funds were subsequently withdrawn during February 2016.  Additionally, law enforcement's investigation revealed that MUHO,

---

[12] Law enforcement surveillance during April and May 2016 revealed MUHO and the orange 2015 Jaguar convertible, described above in paragraphs 10-11, at this same Ridgewood, NY, address.

during January and February 2016, posed as "Kris J. Blair" and engaged in numerous telephone conversations with Sallie Mae personnel regarding this loan which were captured via Sallie Mae's automated recording system.[13]

39.     Your Affiant submits that there is probable cause to believe that MUHO knowingly, and with intent to defraud: executed, attempted to execute, and caused the execution of, a scheme and artifice to defraud one or more financial institutions and obtain moneys, funds, credits, assets, and other property owned by, and under the custody and control of one or more said financial institutions by means of materially false and fraudulent pretenses, representations, and promises, all in violation of 18 U.S.C. § 1344(1) and (2); and devised, and intended to devise, a scheme and artifice to defraud and obtain money and property by means of materially false and fraudulent pretenses, representations, and promises by means of interstate wire communications, in violation of 18 U.S.C. § 1343.   Additionally, there is also probable cause to believe that MUHO knowingly transferred, possessed, and used, without lawful authority, the means of identification of real person victim M.H.G., during and in relation to the above-described 18 U.S.C. §§ 1344 and 1343 violations, all in violation 18 U.S.C. § 1028A.

### *MUHO Arrest on State of Florida Charges*

40.     On or about January 26, 2016, MUHO was arrested by the Miami-Dade Police Department at Amscot Financial in Miami, FL, while fraudulently attempting to obtain approximately $800 in payday loans.[14]   MUHO posed as real person victim

---

[13]   MUHO's identity was subsequently confirmed via law enforcement agents familiar with MUHO's voice.

[14]   During November and December 2013, MUHO, purporting to act on behalf of Acacius S. LLC, uttered and cashed approximately $26,000 in false, overdrawn checks through a Richcourt Funds (FAM subsidiary) Wells Fargo account in the Southern

M.H.G.   Upon MUHO's arrest, among other items, Miami-Dade Police Department officers seized a bogus Florida driver's license, in the name of M.H.G., with MUHO's photograph.  Officers also seized a bogus paystub purporting to be from Balfour Investors Inc., in the name of M.H.G.

41.    After his arrest, MUHO received a bond and was released from state custody.  Thereafter, MUHO was charged with state law forgery, grand theft, and identify fraud violations in Miami-Dade County case number F-16-001748 and Florida case number 13-2016-CF-001748-0001-XX.  A review of the docket reveals that, on or about February 25, 2016, a bench warrant was issued for MUHO's arrest, which remains outstanding.  Based on law enforcement surveillance during April and May 2016, your Affiant submits that MUHO has fled the Southern District of Florida and is now residing at a residence in Ridgewood, NY.

42.    Law enforcement's ongoing investigation has revealed that MUHO has continued to operate his fraud scheme since relocating to Ridgewood, NY.  From March 2016, through the date of this Affidavit, MUHO continues to utilize aliases to electronically submit bogus loan and credit applications, via the Internet, to Sallie Mae and PenFed Credit Union ("PenFed") utilizing the names and personal identifying information of real person victims M.H.G. and others.  Law enforcement's ongoing investigation has revealed that certain IP addresses captured by Sallie Mae and PenFed appear to be registered to Verizon Internet service at the same Ridgewood, NY, residence/address described above in paragraphs 38 and 41 and footnote 12.  On May 10, 2016, your Affiant's office was contacted by M.H.G. to report yet another fraudulent loan

---

District of Florida.  Ultimately, the Broward County State Attorney's Office declined to pursue formal charges.

application utilizing M.H.G.'s personal identifying information at CampusDoor, a nationwide student loan processor.

### NECESSITY FOR SEALING

43.     I respectfully request that the Court order that all papers in support of this Affidavit, criminal complaint, and arrest warrant be sealed until further order of the Court.   Sealing the Affidavit, criminal complaint, arrest warrant, and all related documents is necessary because premature disclosure of the contents of this Affidavit and related documents may have a significant and negative impact on victims and the continuing investigation, including the ongoing aspects, and may severely jeopardize its effectiveness.  Based upon my training and experience, I have also learned that criminals actively search for criminal affidavits and arrest warrants via the Internet, and disseminate them to other criminals as they deem appropriate, including by posting them publicly online through forums.

44.     These documents also discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

**CONCLUSION**

45.     Based on the above-described information and facts, your Affiant submits

that there is probable cause to believe that MUHO has committed bank fraud, wire fraud,

and aggravated identity theft, all in violation of 18 U.S.C. §§ 1344, 1343, and 1028A.


FURTHER YOUR AFFIANT SAYETH NAUGHT.

                                        _____
                                        Anthony Arena, Inspector
                                        U.S. Postal Inspection Service


SWORN TO AND SUBSCRIBED
before me this _11th_ day of May 2016.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

20