UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA           CASE # 16-20390 Bloom

VS

MUTTO, Gerti                       PRISONER # 89343053

++++++++++++++++++++++++++++++++++++++++++++++++++++++++

TO:  CLERK'S OFFICE, UNITED STATES DISTRICT COURT:   (CIRCLE ONE)

MIAMI    (FT. LAUDERDALE)    WEST PALM BEACH    FT. PIERCE

++++++++++++++++++++++++++++++++++++++++++++++++++++++++

*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":*

1) DATE AND TIME OF ARREST: 6/17/2016

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE(S) CHARGED: Bank Fraud; Agg Identity Theft

4) U.S. CITIZEN   [X] YES   [ ] NO   [ ] UNKNOWN

5) DATE OF BIRTH: 8/4/1983

6) TYPE OF CHARGING DOCUMENT:  (CHECK ONE)
   [X] INDICTMENT
   [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: SFL

   COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES   [ ] NO

7) AMOUNT OF BOND: _____    WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: USMS         DATE: 6/17/2016

9) AGENCY: USMS                              PHONE: 9546605836