# COURT MINUTES

## U.S. MAGISTRATE JUDGE PATRICK M. HUNT - FORT LAUDERDALE, FLORIDA

DEFT: GERTI MUHO (J)#   CASE NO: 16-20390-CR-BLOOM
AUSA: Sean McLaughlin / Cynthia Wood   ATTY:
AGENT:   VIOL: 18:1344, 1343, 1028, 982
PROCEEDING: INITIAL APPEARANCE   RECOMMENDED BOND: PTD
BOND HEARING HELD - yes /(no)   COUNSEL APPOINTED:
BOND SET @:   To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

(Rule 40 Papers reflect that a PTD hearing was held in ED/NY)

A - Advised of charges
A - is in Fed Custody - he had PTD hrg in NY.
A - says he is going to hire Atty Mike Rosen

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| (INQUIRY RE COUNSEL:) | 6-22-16 | 11:00am | Hunt | |
| PTD/BOND HEARING: N/A | | | | |
| PRELIM/ARRAIGN OR REMOVAL: | 6-22-16 | 11:00am | Hunt | |

CHECK IF APPLICABLE _____ : The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

DATE: 6-17-16   TIME: 11:00am   DAR 11:11:37   Begin:   End: (2)
7 min