# COURT MINUTES

## U.S. MAGISTRATE JUDGE PATRICK M. HUNT - FORT LAUDERDALE, FLORIDA

DEFT: GERTI MUHO (J)#          CASE NO: 16-20390-CR-BLOOM
AUSA: Sean McLaughlin / Karen Stewart    ATTY: Jason Rosen (Temp) for Mike Rosen
AGENT:                        VIOL:
PROCEEDING: REPORT RE COUNSEL/ARRAIGNMENT    RECOMMENDED BOND:

BOND HEARING HELD - yes (no)    COUNSEL APPOINTED:
BOND SET @: $250,000 CSB w/ Nebbia    To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Atty Rosen only Temp. — Matter reset

No bond hrg. held.

Both sides stipulate to a $250,000 CSB with Nebbia; reserving the right to a PTD hearing at a later date

△ — Waives Speedy Trial for delay in arraign.

NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE:
INQUIRY RE COUNSEL: 7-7-16  11:00am  Seltzer
PTD/BOND HEARING:
ARRAIGNMENT: 7-7-16  11:00am  Seltzer

CHECK IF APPLICABLE ✓ : The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

DATE: 6/22/16   TIME: 11:00am   DAR 11:06:53   Begin:   End: (1)

5 mi.