UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20390-CR-Bloom

UNITED STATES OF AMERICA
    Plaintiff,

vs.

NOTICE OF **TEMPORARY** APPEARANCE OF COUNSEL

Gerti Muho     Defendant(s).
_____/

COMES NOW __Michael J. Rosen, P.A.__ and files this temporary appearance as counsel for the above names defendant(s). This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal bond which may be set.

Counsel's Name (Printed): Jason Rosen
Counsel's Signature: [signature]
Counsel's Address: 2333 Brickell Ave, Ste A-1
City: Miami    State: FL    Zip Code: 33129
Telephone: 305 446-6116
Bar Number: 96118
Date: 6/22/16