USPIS

FID 10079152

> Certified to be a true and
> correct copy of the document on file
> Steven M. Larimore, Clerk,
> U.S. District Court
> Southern District of Florida
> By: Tammy Blakely
>      Deputy Clerk
> Date: May 26, 2016

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

RECEIVED
MAY 26 2016
S/FL WARRANTS

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 16-20390-CR-LENARD |
| GERTI MUHO a/k/a "Gerard Peter Morgan," a/k/a "Enton Pinguli," a/k/a "Kris Blair," | ) ) ) | |
| Defendant | ) | |

FILED by GO D.C.
JUL 05 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* GERTI MUHO a/k/a "Gerard Peter Morgan," a/k/a "Enton Pinguli," a/k/a "Kris Blair",
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

MUHO has: knowingly, with intent to defraud, executed, attempted to execute, and caused the execution of, a scheme and artifice to defraud one or more financial institutions and obtain moneys, funds, credits, assets, and other property owned by, and under the custody and control of one or more said financial institutions by means of materially false and fraudulent pretenses, representations, and promises, in violation of 18 U.S.C. § 1344(1) and (2); knowingly, with intent to defraud, devised, and intended to devise, a scheme and artifice to defraud and obtain money and property by means of materially false and fraudulent pretenses, representations, and promises by means of interstate wire communications, in violation of 18 U.S.C. § 1343; and during and in relation to felony violations of 18 U.S.C. §§ 1344 and 1343, knowingly transferred, possessed, and used, without lawful authority, the means of identification of another person, in violation of 18 U.S.C. § 1028A.

Date: 5/26/16

*Issuing officer's signature*
Steven M. Larimore
*Printed name and title*
Court Administrator ● Clerk of Court

City and state: Miami, Florida

### Return

| This warrant was received on *(date)* 5/26/2016 | , and the person was arrested on *(date)* 5/17/2016 |
|---|---|
| at *(city and state)* Brooklyn, NY By USPIS | |

Date: 05/17/2016

By: Roberto Rodriguez, SDUSM, SD/FL
*Arresting officer's signature*
Amos Rojas Jr., U.S. Marshal SD/FL
*Printed name and title*