## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 16-20390-CR-BLOOM

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

GERTI MUHO.

      Defendant.

_____/

### ORDER

**THIS CAUSE** came before the Court on the Parties Joint Motion to Continue Trial, ECF No. [30].   Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED IN PART AND DENIED IN PART**.   The interests of justice served by a continuance outweigh any interest of the public or these Defendants in a speedy trial.   As a result, the period of delay resulting from this continuance ─ *i.e*., from the date the Motion was filed, July 12, 2016, to including the date trial commences ─ is excludable time under the Speedy Trial Act.   *See* 18 U.S.C. § 3161. The trial date and calendar call for Defendant Antonio Alberto Ruiz shall not be affected by this Order.

THE ABOVE CAUSE is hereby set for **Criminal Jury Trial** during the two-week period commencing **September 12, 2016**, or as soon thereafter as the case may be called.   A **Calendar Call** will be held at **1:00 p.m. on September 6, 2016** at the Wilkie D. Ferguson, Jr. Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida 33128.   The deadline for the tendering of any guilty pleas is set for **September 1, 2016**.   *See, e.g., United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)).

CASE NO. 16-20390-CR-BLOOM

**DONE AND ORDERED** in Miami, Florida, this 12th day of July, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record