UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20390-CR-BLOOM/Valle

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**GERTI MUHO.**

    Defendant.
_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** is before the Court on the Defendant Gerti Muho's Unopposed Motion to Continue Trial, ECF No. [39]. Being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion, ECF No. [39], is **GRANTED**. The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance ─ *i.e*., from the date the Motion was filed, August 24, 2016, to and including the date trial commences ─ is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

THE ABOVE CAUSE is hereby set for **Criminal Jury Trial** at the Wilkie D. Ferguson Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida, during the two-week period commencing **November 14, 2016**, or as soon thereafter as the case may be called. A **Calendar Call** will be held at **1:00 p.m. on Tuesday, November 8, 2016** at the Wilkie D. Ferguson Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida. The deadline for the tendering of any guilty pleas is set for **November 10, 2016**. *See, e.g., United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868

CASE NO. 16-20390-CR-BLOOM/Valle

(5th Cir. 1977)).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of August, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record