**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-20390-CR-BLOOM**

**UNITED STATES OF AMERICA,**

v.

**GERTI MUHO,**

    **Defendant.**
_____/

**RESPONSE TO GOVERNMENT'S MOTION TO
DETERMINE DEFENDANT'S COMPETENCY**

    Defense counsel files this Response pursuant to this Court's Order [DE 44] directing defense counsel to file an expedited response to the government's Motion to Determine Defendant's, **GERTI MUHO**, Competency [DE 43].

    In light of defense counsel's pending Motion to Withdraw as Counsel [DE 41] and in order to maintain the confidentiality of the communications with Mr. Muho, defense counsel will not address the accuracy of any details in the government's Motion. Generally, however, defense counsel agrees that a mental evaluation of Mr. Muho would be appropriate.

    Respectfully submitted,

    **PIÑERA-VAZQUEZ LAW FIRM**
    International Center
    1900 Southwest 3rd Avenue
    Miami, Florida 33129
    Tel: (305) 443-0629

      /s/ Silvia B. Piñera-Vazquez
    Silvia B. Piñera-Vazquez
    Florida Bar Number 821537
    sbp@pineravazquezlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 9, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that this document is being served simultaneously on all counsel of record in the manner specified, either by transmission of Notices of Electronic Filing generated by CM/ECF, or in another authorized manner.

       /s/ Silvia B. Piñera-Vazquez
    Silvia B. Piñera-Vazquez, Esq.