UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   16-20390-CR-BLOOM

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**GERTI MUHO**,

      Defendant.

_____/

# ORDER

THIS CAUSE is before the Court on the Government's Motion to Determine Defendant's Competency ECF No. [43]. Defense counsel agrees that a mental evaluation would be appropriate. Following review of the record and being fully advised, it is

**ORDERED AND ADJUDGED** that the Government's Motion to Determine Defendant's Competency, ECF No. [43], is **GRANTED**. The Defendant shall submit to a psychological and psychiatric evaluation to determine competency, pursuant to 18 U.S.C. § 4241. It is further

**ORDERED AND ADJUDGED** that Defendant, Gerti Muho, shall be committed to the custody of the Attorney General for a reasonable period, not to exceed thirty days, in order to conduct an examination to determine whether Mr. Muho is presently competent to stand trial. The Attorney General is directed to arrange for a competency evaluation consistent with the dictates of 18 USC §4247(b) and (c). **The Court recommends that the evaluation to take place at the Federal Detention Center where the Defendant is housed.** The Competency Evaluation Report is due by **October 12, 2016**. The Attorney General is directed to provide a

**CASE NO. 16-20390-CR-BLOOM**

report of the findings of the examiner to the Court, counsel for the Defendant and the Government. The period of delay resulting from the examination of the defendant and any subsequent judicial proceedings to determine the defendant's competency shall be deemed excluded for speedy trial calculations pursuant to 18 U S.C. § 3161(h)(1)(A). It is further

**ORDERED AND ADJUDGED** that this cause is set for a status conference on **Friday, October 14, 2016 at 1:30 p.m. in Miami, 400 North Miami Avenue, Courtroom 10-2.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of September, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel or record
    U.S. Marshal
    Bureau of Prisons