

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

October 25, 2016

The Honorable Beth Bloom
Southern District of Florida
299 East Broward Boulevard
Courtroom 207A, Chambers 207B
Fort Lauderdale, Florida 33301

RE:   MUHO, Gerti
      Reg. No.: 89343-053
      Crim. No.: 16-20390-CR-BLOOM

Dear Judge Bloom:

This letter is to inform you that the above-named defendant arrived at this institution on October 20, 2016. He has been designated to undergo a forensic evaluation pursuant to your order dated September 12, 2016.

We expect to complete the study by November 22, 2016. At that time, the United States Marshals Service may be notified the study is complete and the defendant may be transported back to the court. The Court may expect a final copy of the forensic evaluation within three weeks of that notification.

The forensic psychologist assigned to this study is Dr. Miriam Kissin. We have requested all relevant records on the case from both attorneys. Please feel free to contact Dr. Kissin, at (978) 796-1000, extension 1459, should you need more information.

Sincerely,

J. Grondolsky
Warden

U.S. Department of Justice
Federal Bureau of Prisons
Federal Medical Center Devens
Post Office Box 880
Ayer, MA 01432

Official Business

Certified Mail
7012 3460 0001 8970 5027

The Honorable Beth Bloom
Southern District of Florida
299 East Broward Boulevard
Courtroom 207A, Chambers 207B
Fort Lauderdale, Florida 33301



U.S. POSTAGE $006.46⁵
PITNEY BOWES
OCT 31 2016
MAILED FROM ZIP CODE 01434