UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20390-CR-BLOOM/VALLE

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**GERTI MUHO,**

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court at the hearing held on February 6, 2017 on the Defendant's *Ore Tenus* Motion to allow Mr. Harris to provide Mr. Muho who is now appearing *pro-se*, all discovery including hard drives to the United States Marshals Office and or The Federal Detention Center where Mr. Muho is housed. Following a review of the Motion, the record and for good cause, the Court finds that:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** for the reasons set forth on the record. The United States Marshal's Office or The Federal Detention Center shall accept all discovery documents and hard drives from Mr. Harris for Mr. Muho.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 6th day of February, 2017

                                                      _____
                                                      **BETH BLOOM**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        United States Marshal
        Bureau of Prisons