UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

United States of America,
       Plaintiff,

v.                                                           Case No.: 16-cr-20390-BB-1

Gerti Muho
       Defendant.
_____/

## MOTION TO STAY PENDING APPEAL

Defendant Gerti Muho, pro se, respectfully moves this Court to stay the court proceedings including trial scheduled for February 21, 2017. In support of this motion, Defendant, Gerti Muho, states the following:

1. On February 13, 2017, the Defendant requested bond be modified to a reasonable amount and the court denied this request. See Paperless Order denying Motion for Reconsideration of Bond (document 149).

2. That the Defendant has appealed this ruling by filing a Notice of Appeal.

3. Generally, the timely filing of a valid/proper NOA transfers jurisdiction to the appellate court. See, e.g., United States v. Vicaria, 963 F.2d 1412, 1415 (11th Cir. 1992) ("The filing of a notice of appeal normally divests the district court of jurisdiction over matters concerned in the appeal and transfers jurisdiction over those matters to the court of appeals.") (citing United States v. Rogers, 788 F.2d 1472, 1475 (11th Cir.1986)).

4. . The reasons for the stay are that: (a) Defendant needs access to documents and e-mails Defendant cannot himself obtain while incarcerated, (b) Defendant needs to contact witnesses attorneys Defendant has previously worked with in order to arrange for said attorneys to come and testify at his trial (c) Defendant needs to contact witness attorneys located outside the country and

to discuss said attorneys to come and testify on behalf of Defendant at trial, (d) Defendant's likely to win at his appeal on the merits, this being Defendant's first prosecution, the evidence being weak, and Defendant posing neither a flight risk nor a danger to the community, and being Defendant's proposal to electronic monitoring and house arrest go far and beyond in ensuring Defendant's presence at trial, and (e) the benefits to the Defendant outweigh any cost to the government of any delay.

WHEREFORE; the Defendant, Gerti Muho, respectfully requests the Court to stay the case pending appeal of its Order for Reconsideration of Bond, and for all other proper relief.

Respectfully submitted

/s/ Gerti Muho, pro se
Federal Detention Center
33 NE 4th Street
Miami, FL 33132

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by cm/ecf on the  13th  day of February, 2017 to: U.S. Assistant State Attorney, Sean McLaughlin, Esq.

Respectfully submitted

/s/ Gerti Muho, pro se
Federal Detention Center
33 NE 4th Street
Miami, FL 33132

**This document is filed by standby counsel David S. Harris for and at the request of Pro Se Defendant, Gerti Muho