UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

United States of America,
        Plaintiff,

v.                                    Case No.: 16-cr-20390-BB-1

Gerti Muho
        Defendant.

## MOTION TO UNSEAL DOCUMENTS

COMES NOW THE Defendant Gerti Muho, pro se, files this his Motion to Unseal Documents and states as follows:

The Defendant, Gerti Muho, respectfully requests the Court enter an order directing the Clerk of the Court to unseal documents related to the above cause number because the Defendant has been arraigned and is awaiting trial, and no reasons exist to keep the items sealed. Specifically, the Defendant, Gerti Muho, requests the unsealing of the following sealed documents:

    1. Defendant requests the unsealing of Docket Entry 8, entered May 26, 2016;

    2. Defendant requests the unsealing of Docket Entry 13, entered June 15, 2016;

    3. Defendant requests the unsealing of Docket Entry 14, entered June 15, 2016;

    4. Defendant requests the unsealing of Docket Entry 15, entered June 15, 2016;

    5. Defendant requests the release of all documents related to attachment # 1, Restricted Unredacted Indictment added to Docket Entry 7, entry dated May 26, 2016, added on June 2, 2016 and replaced June 8, 2016.

Therefore, the Defendant respectfully requests that the documents and docket entries listed above be unsealed.

Respectfully submitted,

/s/ Gerti Muho, pro se
Federal Detention Center
33 NE 4th Street
Miami, FL 33132

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by cm/ecf

on the _4th_ day of March, 2017 to: U.S. Assistant State Attorney, Sean McLaughlin, Esq.

**This document is filed by standby counsel David S. Harris for and at the request of Pro Se Defendant, Gerti Muho

Respectfully submitted,

/s/ Gerti Muho, pro se
Federal Detention Center
33 NE 4th Street
Miami, FL 33132