```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                       16-20390-CR-BLOOM/VALLE


UNITED STATES OF AMERICA,      )
                               )
          PLAINTIFF,           )
                               )
     VS.                       )
                               )
GERTI MUHO,                    )
                               )
          DEFENDANT.           )
_____)

               (TRANSCRIPT BY DIGITAL RECORDING)


        TRANSCRIPT OF REPORT RE: COUNSEL AND ARRAIGNMENT HAD
BEFORE THE HONORABLE PATRICK M. HUNT, IN FORT LAUDERDALE,
BROWARD COUNTY, FLORIDA, ON JUNE 22, 2016, IN THE ABOVE-STYLED
MATTER.


APPEARANCES:

FOR THE GOVERNMENT:    KAREN STEWART, A.U.S.A.
                       500 EAST BROWARD BLVD., 7TH FLOOR
                       FORT LAUDERDALE, FL 33301 - 954 356-7255

FOR THE DEFENDANT:     JASON ROSE, ESQ.
                       2333 BRICKELL AVENUE, SUITE A-1
                       MIAMI, FL 33290 - 305 446-6116


              CARL SCHANZLEH, RPR - CM
              CERTIFIED COURT REPORTER
                9960 SW 4TH STREET
              PLANTATION, FLORIDA 33324
                   954 424-6723
```

```
 1   (FORT LAUDERDALE, BROWARD COUNTY, FLORIDA;  JUNE 22, 2016, IN
 2   OPEN COURT.)
 3            THE CLERK:  CALLING CASE 16-20390, USA VERSUS GERTI
 4   MUHO.
 5            MS. STEWART:  GOOD MORNING.  KAREN STEWART ON BEHALF
 6   OF THE UNITED STATES.
 7            THE COURT:  GOOD MORNING.
 8            MR. ROSEN:  GOOD MORNING, JUDGE.  JASON ROSEN, ENTER
 9   MY TEMPORARY APPEARANCE THIS MORNING ON BEHALF OF MR. MUHO WHO
10   IS PRESENT.
11            THE COURT:  OKAY.  THIS IS SET WHAT FOR ARRAIGNMENT --
12   WHAT'S THIS SET FOR DEBBIE?
13            THE CLERK:  INQUIRY RE: COUNSEL AND ARRAIGNMENT.  HE'S
14   ONLY TEMPORARY --
15            THE COURT:  RIGHT.  BUT DO WE HAVE -- WHAT ELSE DO WE
16   HAVE?  DO WE HAVE A DETENTION HEARING SET FOR --
17            THE CLERK:  NOT FOR THIS DEFENDANT.  THIS DEFENDANT I
18   BELIEVE IS THE ONE WHO HAD A DETENTION HEARING IN THE OTHER
19   DISTRICT --
20            THE COURT:  OKAY.  SO YOU'RE ENTERING A TEMPORARY.
21            ALL RIGHT.  SO HOW MUCH TIME DO YOU NEED TO MAKE
22   ARRANGEMENTS?
23            MR. ROSEN:  WE WOULD LIKE TO RESET THE REPORT RE:
24   COUNSEL HEARING FOR JULY 7TH OR 8TH.
25            THE COURT:  HOW LONG OF A CONTINUANCE IS THAT, ABOUT
```

```
 1  TWO WEEKS?
 2            ANY OBJECTION BY THE GOVERNMENT?
 3            MS. STEWART:  NO, YOUR HONOR.
 4            AND I BELIEVE ON THE POINT REGARDING THE DEFENDANT'S
 5  BOND OR DETENTION, I NOTE THERE IS SOME CONFUSION REGARDING
 6  WHETHER AN ORDER HAS ALREADY BEEN ENTERED AND (INAUDIBLE) HAS
 7  NOT.  SO WE'RE GOING TO REQUEST THE COURT ENTER IT NOW.
 8            THE COURT:  YOU HAVE RESEARCHED -- I REMEMBER WHEN I
 9  CAME IN I THOUGHT THAT I HAD SEEN SOMETHING IN THE (INAUDIBLE)
10  THAT CAME FROM THE OTHER DISTRICT THAT SHOWED THAT HE HAD A
11  RIGHT TO REVISIT.
12            THERE WAS SOMETHING ALSO WAS CONFLICTING.  SO I ASKED
13  HIM TO TALK TO WHOEVER -- WHATEVER LAWYER HE HIRED AND I ASKED
14  THE U.S. ATTORNEY TO LOOK INTO IT AS WELL.
15            SO YOU LOOKED INTO IT AND THERE IS NO --
16            MS. STEWART:  THAT'S CORRECT.  THE AUSA IN THIS CASE
17  IS SEAN MC LAUGHLIN.
18            THE COURT:  OKAY.
19            MS. STEWART:  HE SEARCHED IT AND HIS UNDERSTANDING IS
20  THAT THERE HAS BEEN NO ORDER.  SO THERE IS AN AGREEMENT TODAY.
21            THE DEFENDANT HAD AGREED TO PRETRIAL DETENTION.  THIS
22  COURT (INAUDIBLE) PRETRIAL DETENTION ORDER AND TO REQUEST THAT
23  THE COURT ENTER A $250,000 CORPORATE SURETY BOND WITH A NEBBIA
24  CONDITION WITH THE RIGHT TO REVISIT.
25            THE COURT:  OKAY.  TO BE CLEAR, I WILL ACCEPT THE
```

1  STIPULATION OF DETENTION, BUT THE WAY I READ THE STATUTE I
2  STILL HAVE TO ENTER A WRITTEN ORDER AND I HAVE TO TAKE A
3  PROFFER.
4         SO IF THE PARTIES FOR SOME REASON PREFER TO HAVE A
5  STIPULATED ORDER OF DETENTION I WILL DO THAT BUT YOU WOULD HAVE
6  TO HAVE AN AGENT JUST DO A QUICK PROFFER.  YOU WOULDN'T HAVE TO
7  OBJECT TO ANYTHING, YOU WOULDN'T HAVE TO CROSS-EXAMINE ANYONE
8  AND I WOULD ENTER A WRITTEN ORDER.
9         JUST THE SHORTCUT THAT WE DO IS A 250.  SO IF THAT'S
10 OKAY WITH BOTH PARTIES THEN I WILL DO THAT, BUT IF YOU WANT TO
11 STIPULATE AN ORDER OF DETENTION WE CAN DO THAT TOO.
12        MS. STEWART:  I BELIEVE A STIPULATION OF DETENTION IS
13 MORE PROBLEMATIC FOR THE DEFENDANT.  SO WE WOULD REQUEST THE
14 STIPULATION WITH THE CORPORATE SURETY BOND.
15        THE COURT:  OKAY.  AND THAT'S YOUR AGREEMENT,
16 MR. ROSEN?
17        MR. ROSEN:  WELL, THE UNDERSTANDING THAT I HAD IS THAT
18 MR. MC LAUGHLIN AND MICHAEL ROSEN, THE PARTNER OF OUR FIRM, HAD
19 COMMUNICATED THAT THERE WOULD BE A STIPULATION TO PRETRIAL
20 DETENTION WITH THE RIGHT TO REOPEN OR REVISIT.
21        IF THAT'S AN ISSUE WITH THE COURT THEN SO LONG AS WE
22 STIPULATE TO SOME TYPE OF BOND, SO LONG AS WE CAN COME BACK
23 AND, YOU KNOW, POSSIBLY ARGUE THAT THE AMOUNT OF THAT BOND --
24        THE COURT:  IT'S THE SAME THING.  NOTHING IS AN ISSUE
25 WITH THE COURT.  IT'S JUST THE 250 CORPORATE IT'S EASIER FOR A

```
 1  VARIETY OF REASONS.  SO YOU GET TO THE SAME PLACE IT'S JUST A
 2  DIFFERENT MECHANISM.  SO IF IT'S OKAY WITH BOTH PARTIES THAT'S
 3  WHAT I WILL DO.
 4           MR. MUHO, YOU UNDERSTAND WHAT'S GOING ON HERE?  YOUR
 5  LAWYER AND THE GOVERNMENT ARE AGREEING TO ENTER INTO A HIGH
 6  BOND.  NO ONE IS EXPECTING YOU TO MAKE THAT BOND BUT THERE IS
 7  NOT GOING TO BE A HEARING HELD.
 8           SO IF AT ANY TIME THE CIRCUMSTANCES CHANGE AND YOU
 9  WANTED TO HAVE A HEARING YOU COULD HAVE A HEARING, BUT THE
10  GOVERNMENT WILL BE FREE TO GO BACK TO ITS ORIGINAL REQUEST OF
11  PRETRIAL DETENTION.
12           IS THAT OKAY WITH YOU?
13           THE DEFENDANT:  YES.
14           THE COURT:  ALL RIGHT.  BASED ON HAVING REVIEWED THE
15  INDICTMENT AND THE PRETRIAL SERVICE REPORT AND BASED ON THE
16  AGREEMENT OF COUNSEL I WILL SET THE BOND THAT'S BEEN AGREED TO
17  BY THE PARTIES, AND IT WILL BE A $250,000 CORPORATE SURETY BOND
18  WITH A NEBBIA CONDITION.
19           THE RECORD WILL REFLECT THAT NO HEARING WAS HELD AND
20  NO TESTIMONY WAS TAKEN.  SO IF AT ANY TIME EITHER PARTY WOULD
21  LIKE TO COME BACK AND HAVE A HEARING THEY MAY REQUEST ONE.  BUT
22  IF THAT HAPPENS THE GOVERNMENT WILL BE FREE TO GO BACK TO ITS
23  TIMELY REQUEST FOR PRETRIAL DETENTION.
24           DOES THAT COVERS EVERYTHING ON THE BOND, MISS STEWART?
25           MS. STEWART:  YES, YOUR HONOR.
```

```
 1              THE COURT:  MR. ROSEN?
 2              MR. ROSEN:  YES.
 3              THE COURT:  ALL RIGHT.  AND THE GOVERNMENT HAD NO
 4   OBJECTION TO THAT DELAY FOR ARRAIGNMENT AND REPORT RE: COUNSEL?
 5              MS. STEWART:  THAT'S CORRECT.
 6              THE COURT:  ALL RIGHT.  MR. ROSEN, IF YOU ARE GOING TO
 7   ASK FOR THAT AMOUNT OF TIME, PARTICULARLY MR. MUHO, IF YOU ARE
 8   GOING TO ASK FOR THAT AMOUNT OF TIME TO HIRE COUNSEL YOU'RE
 9   GOING TO HAVE TO WAIVE YOUR SPEEDY TRIAL RIGHT BETWEEN NOW AND
10   THEN.  YOU DON'T WAIVE IT FOREVER, YOU JUST WAIVE IT BETWEEN
11   NOW AND THE DAY YOU COME BACK TO COURT.
12              IS THAT OKAY WITH YOU?
13              THE DEFENDANT:  YES, SIR.
14              THE COURT:  ALL RIGHT.  THEN I WILL FIND THAT THE
15   MOTION TO CONTINUE TO PERMIT THE DEFENDANT TO HIRE COUNSEL IS
16   GRANTED.  THE TIME FROM TODAY TO THE RESCHEDULED DATE, WHICH
17   IS -- WHAT DO YOU WANT TO DO -- JULY 7TH, JULY 8TH, DEBBIE?
18              THE CLERK:  THE 7TH THEN.  IT'S A THURSDAY.
19              THE COURT:  ALL RIGHT.  WE'LL DO IT FOR JULY 7TH AT
20   ELEVEN O'CLOCK IN FORT LAUDERDALE.
21              THE TIME BETWEEN NOW AND THEN WILL BE EXCLUDED FROM
22   THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT
23   SINCE THE END OF JUSTICE SERVED BY GRANTING THIS CONTINUANCE
24   OUTWEIGHS THE INTEREST OF THE DEFENDANT AND THE PUBLIC FOR A
25   SPEEDY TRIAL.
```

1           SO WE WILL SEE EVERYBODY BACK HEAR ON JULY 7TH FOR AN
2  INQUIRY RE: COUNSEL AND POSSIBLE ARRAIGNMENT.
3           MR. ROSEN:  THANK YOU, JUDGE.
4           THE COURT:  DOES THAT COVER EVERYTHING FOR BOTH
5  PARTIES?
6           MS. STEWART:  YES, YOUR HONOR.
7           MR. ROSEN:  YES, SIR.
8           THE COURT:  ALL RIGHT.  GOOD LUCK TO YOU, MR. MUHO.
9           THE DEFENDANT:  THANK YOU.
10                            - - -

C E R T I F I C A T E

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

    I, CARL SCHANZLEH, OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, DO HEREBY CERTIFY THAT THE FOREGOING 7 PAGES CONSTITUTE A TRUE TRANSCRIPT OF THE PROCEEDINGS HAD BEFORE THE SAID COURT HELD IN THE CITY OF FORT LAUDERDALE, FLORIDA, IN THE MATTER THEREIN STATED.

    IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS 10TH DAY OF MARCH 2017.

```
                                /S/CARL SCHANZLEH
                                CARL SCHANZLEH, RPR-CM
                                CERTIFIED COURT REPORTER
                                9960 SW 4TH STREET
                                PLANTATION, FL 33324
                                TELEPHONE 954 424-6723
```