**simultaneous transcript access designation form**
**Carl Schanzleh**   to: appealstranscripts         03/10/2017 09:52 AM

From:     Carl Schanzleh <schanzlehcarl@aol.com>
To:       appealstranscripts@flsd.uscourts.gov

```
Carl Schanzleh
schanzlehcarl@aol.com
16cr20390
USA vs. Muho
Andrea Hoffman
Carl Schanzleh
06-22-16
```


gmuho3.pdf