# COURT MINUTES

Page 17

## Magistrate Judge William C. Turnoff

Atkins Building Courthouse - 11th Floor          Date: 3/14/2017   Time: 10:00 a.m.

Defendant: Gerti Muho          J#: 89343-053   Case #: 16-20390-Cr-Bloom(s)(s)
AUSA: Sean Cronin          Attorney: David Harris ✓
Violation: Bank Fraud/Wire Fraud/Aggravated Identity Theft
Proceeding: Arraignment on 2nd Superseding Indictment          CJA Appt:
Bond/PTD Held: ⊙ Yes  ⊙ No          Recommended Bond:
Bond Set at: STIP $250k Csb w/Nebbia          Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English ✓

Disposition: Defendant is Pro Se. David Harris is standby counsel; present in court.

Defendant arraigned himself.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:21:10          Time in Court: 2 minutes