UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

United States of America,
                Plaintiff,

v.                                                    Case No.: 16-cr-20390-BB-1

Gerti Muho
        Defendant.

_____

### DEFENDANT'S MOTION FOR COSTS TO ISSUE SUBPOENAS
### FOR WITNESSES TO APPEAR AT TRIAL

COMES NOW the Defendant, GERTI MUHO, pro se and moves to have costs waived for Defendant to issue subpoenas for witnesses to appear at trial and in support thereof, shows the following:

1. The Defendant has previously been granted a Motion to Proceed In Forma Pauperis (D.E. 192). That pursuant to this Court's Order the Defendant respectfully requests that the Court waive all costs to issue subpoenas for witnesses to appear at trial. The proposed subpoenas are attached hereto as Exhibit "A".

2. The Defendant is without the financial means to pay the necessary costs to issue subpoenas for the Defense witnesses to appear.

4. The Defendant requests authorization for such expenditures to issue subpoenas for the following witnesses:

    Witness No. 1

    Michael Cypers (Professor of Law at U.C. Berkeley School of Law, and partner at a Los Angeles based law firm. Formerly of Crowell and Mooring LLP).

Michael Cypers
Glaser Weil, LLP
10250 Constellation Blvd #19
Los Angeles, CA 90067


Witness No. 2

Alan De Saram  (Partner at Cayman Island law firm C.A.R.D.)

alan.desaram@collascrillcard.com ; phone no.: +1 (345) 949 4544)

Alan De Saram
Floor 2, Willow House
Cricket Square
P.O. Box 709
Grand Cayman KY1-1107
Cayman Islands


Witness No. 3

Doctor Eli Shalenberger (New York based psychiatrist, out of Union Square New York)

Doctor Eli Shalenberg
4349 Hylan Blvd.,
Staten Island, NY 10312
718-317-5522

Witness No. 4

Justice Vaughn (Justice on the Delaware Supreme Court)

Justice James T. Vaughn, Jr.
Supreme Court of Delaware
55 The Green
Dover, DE 19901

Witness No. 5

John W. Moscow
Baker Hostetler LLP
New York
Partner
212-589-4636
212-589-4201 FAX
jmoscow@bakerlaw.com

Witness No. 6

Elaine Renoire (e-mail at: elaine@abusiveguardianships.com)

Elaine Renoire
402 Walker Street
Loogootee, Indiana 47553
elaine@abusiveguardianships.com

Witness No. 7

Maurice J. Hattier Jr. (e-mail at: maurice.hattier@ic.fbi.gov)

Maurice J. Hattier Jr.
Federal Bureau of Investigation
New Orleans Division
W: 504-816-3155
maurice.hattier@ic.fbi.gov

Witness No. 8

Roman Kravchenko (516) 270-4048 / (929) 225-6378)

Witness No. 8
Roman Kravchenko
Current address unknown
(516) 270-4048 / (929) 225-6378

WHEREFORE, the defense requests this Court enter an order to waive Defendant's costs to issue subpoenas for witnesses to appear at trial requested herein.

Respectfully submitted,

/s/ Gerti Muho, pro se
Federal Detention Center
33 NE 4th Street
Miami, FL 33132

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by cm/ecf on the _26th_ day of May, 2017 to: U.S. Assistant State Attorney, Sean McLaughlin, Esq.

**This document is filed by standby counsel David S. Harris for and at the request of Pro Se Defendant, Gerti Muho