

<u>By email and US Mail</u>

June 21, 2017

Attorney David S. Harris
6431 SW 39th St.
Miami, FL 33155-4813
email: davidharris@att.net

RE: Case No. 16-20390-CR-Bloom
United States of America vs. Gerti Muho

Dear Attorney Harris:

I begin this communication by advising you I do not know you or Mr. Gerti Muho.

Re Mr. Gerti Muho's subpoena I received on 6/20, please be advised, and advise Mr. Muho, that I steadfastly and in the strongest possible terms, refuse to commit perjury for his benefit by providing untruthful verbal testimony that Mr. Muho has directed me to do. Your advice of the false information Mr. Muho has directed me to testify about brings into question your adherence to the Florida Bar Rules of Professional Conduct.

If indeed you and/or Mr. Muho consider your orchestration of my testimony to be crucial to Mr. Muho's defense please seek a postponement of the 6/26 trial date and arrange for a legal deposition of my actual testimony.

Seeing that Mr. Muho has given me grossly insufficient time to either present at or secure presently non-existent financial wherewithal to travel to his 6/26 trial, please instead make arrangements for me to meet my subpoena obligations via telephonic testimony and advise of that date and time. Please be aware that Mr. Muho may wish to consider me to be a potential hostile witness because of my refusal to falsely testify on his behalf.

In the alternative, Mr. Muho can remove me from his witness list.

Sincerely,

*Elaine Renoire*
ELAINE RENOIRE

cc: Clerk of the Court
    Wilkie D. Ferguson United States Courthouse
    400 North Miami Avenue, Chambers 10-2
    Miami, Florida 33128
    (By Fax and US Mail)