UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **16-20390-CR-BLOOM**

**UNITED STATES OF AMERICA**

vs.

**GERTI MUHO,**

    **Defendant.**
_____/

# VERDICT

(1)      We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 1** of the Second Superseding Indictment:

         GUILTY __X__          NOT GUILTY _____

(2)      We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 2** of the Second Superseding Indictment:

         GUILTY __X__          NOT GUILTY _____

(3)      We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 3** of the Second Superseding Indictment:

         GUILTY __X__          NOT GUILTY _____

(4)      We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 4** of the Second Superseding Indictment:

         GUILTY __X__          NOT GUILTY _____

(5) We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 5** of the Second Superseding Indictment:

GUILTY  X            NOT GUILTY ____

(6) We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 6** of the Second Superseding Indictment:

GUILTY  X            NOT GUILTY ____

(7) We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 7** of the Second Superseding Indictment:

GUILTY  X            NOT GUILTY ____

(8) We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 8** of the Second Superseding Indictment:

GUILTY  X            NOT GUILTY ____

(9) We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 9** of the Second Superseding Indictment:

GUILTY  X            NOT GUILTY ____

(10) We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 10** of the Second Superseding Indictment:

GUILTY  X            NOT GUILTY ____

(11)    We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 11** of the Second Superseding Indictment:

      GUILTY __X__             NOT GUILTY _____

(12)    We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 12** of the Second Superseding Indictment:

      GUILTY __X__             NOT GUILTY _____

(13)    We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 13** of the Second Superseding Indictment:

      GUILTY __X__             NOT GUILTY _____

(14)    We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 14** of the Second Superseding Indictment:

      GUILTY __X__             NOT GUILTY _____

(15)    We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 15** of the Second Superseding Indictment:

      GUILTY __X__             NOT GUILTY _____

(16)    We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 16** of the Second Superseding Indictment:

      GUILTY __X__             NOT GUILTY _____

(17)  We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 17** of the Second Superseding Indictment:

  GUILTY __X__          NOT GUILTY _____

(18)  We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 18** of the Second Superseding Indictment:

  GUILTY __X__          NOT GUILTY _____

  (a)  If you find the Defendant not guilty of **Count 18**, please skip to paragraph 19. However, if you find the Defendant guilty as to **Count 18**, please now proceed to paragraph 18(b) below.

  (b)  We, the Jury, having found the Defendant guilty of **Count 18**, further find with respect to **Count 18** that the scheme to defraud (place an X in the appropriate box):

    (i)   Affected a financial institution     [X]

    (ii)  Did not affect a financial institution  [ ]

(19)  We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 19** of the Second Superseding Indictment:

  GUILTY __X__          NOT GUILTY _____

(20)  We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 20** of the Second Superseding Indictment:

  GUILTY __X__          NOT GUILTY _____

4

(21)   We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 21** of the Second Superseding Indictment:

   GUILTY  _X_     NOT GUILTY _____

(22)   We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 22** of the Second Superseding Indictment:

   GUILTY  _X_     NOT GUILTY _____

(23)   We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 23** of the Second Superseding Indictment:

   GUILTY  _X_     NOT GUILTY _____

(24)   We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 24** of the Second Superseding Indictment:

   GUILTY  _X_     NOT GUILTY _____

(25)   We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 25** of the Second Superseding Indictment:

   GUILTY  _X_     NOT GUILTY _____

(26)   We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 26** of the Second Superseding Indictment:

   GUILTY  _X_     NOT GUILTY _____

(27)  We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 27** of the Second Superseding Indictment:

   GUILTY __✗__       NOT GUILTY _____

(28)  We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 28** of the Second Superseding Indictment:

   GUILTY __✗__       NOT GUILTY _____

(29)  We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 29** of the Second Superseding Indictment:

   GUILTY __✗__       NOT GUILTY _____

(30)  We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 30** of the Second Superseding Indictment:

   GUILTY __✗__       NOT GUILTY _____

(31)  We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 31** of the Second Superseding Indictment:

   GUILTY __✗__       NOT GUILTY _____

(32)  We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 32** of the Second Superseding Indictment:

   GUILTY __✗__       NOT GUILTY _____

(33)  We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 33** of the Second Superseding Indictment:

GUILTY  X          NOT GUILTY _____

(34)   We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 34** of the Second Superseding Indictment:

GUILTY  X          NOT GUILTY _____

(35)   We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 35** of the Second Superseding Indictment:

GUILTY  X          NOT GUILTY _____

(36)   We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 36** of the Second Superseding Indictment:

GUILTY  X          NOT GUILTY _____

(37)   We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 37** of the Second Superseding Indictment:

GUILTY  X          NOT GUILTY _____

(38)   We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 38** of the Second Superseding Indictment:

GUILTY  X          NOT GUILTY _____

(39)   We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 39** of the Second Superseding Indictment:

GUILTY  X          NOT GUILTY _____

(40) We, the Jury, unanimously find the Defendant, **GERTI MUHO**, as to **Count 40** of the Second Superseding Indictment:

GUILTY __X__          NOT GUILTY _____

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Miami, Florida, this __14th__ day of __July__, 2017.

_____          _____
Foreperson's Signature                Foreperson's Printed Name