Was it the intention of the court we would see the IRS Documents
If so we could not see any of the information

Thanks

7/5/17
court
exhibit 1.