UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-20390-CR-BLOOM

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

GERTI MUHO,

       Defendant.
_____/

## UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING AND LOCAL RULE 88.9 CERTIFICATE

Defendant, GERTI MUHO, through undersigned counsel, moves this court for a continuance of the sentencing hearing in the within action for a period of at least 60 days. The grounds for this motion are as follows:

1. That sentencing in this case is set for September 26, 2017, at 2:00 pm.

2. After reviewing the PSR additional time is needed by the defendant to allow undersigned counsel (appointed after defendant's 11 day trial) to obtain and review the trial transcripts in order to form concise objections to the PSR. The transcripts have been ordered and the court reporter has advised that due to the length of the trial it would take approximately 60 days to prepare the transcripts.

3. That this motion is made in good faith and not for the purposes of undue delay.

4. That the defendant remains in custody pending the sentencing hearing in this case.

WHEREFORE, defendant GERTI MUHO, respectfully moves this Court to continue the sentencing herein for a period of at least 60 days, *i.e.* November 27, 2017.

## LOCAL RULE 88.9 CERTIFICATE

In accordance with Local Rule 88.9 of Rules of the United States District Court for the Southern District of Florida, undersigned counsel certifies that he has discussed the relief requested herein (via email) with Asst. U.S. Attorney Sean McLaughlin, Esq., who, on behalf of the United States, does not object to a continuance of the sentencing hearing as set out herein.

THOMAS W. RISAVY, ESQ.
Attorney for defendant
1999 SW 27 Avenue
Miami, FL  33145
305-854-3772

BY:   s/Thomas W. Risavy
        THOMAS W. RISAVY
        (Fla. Bar #801410)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 19, 2017, I electronically filed the foregoing Unopposed Motion For Continuance Of Sentencing and Local Rule 88.9 Certificate with the Clerk of Court using CM/ECF.

BY:   s/Thomas W. Risavy
        THOMAS W. RISAVY