UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 16-20390-CR-BLOOM

       Plaintiff,
vs.

GERTI MUHO,

       Defendant.
_____/

# DEFENDANT'S OBJECTIONS
# TO PRESENTENCE INVESTIGATION REPORT

Defendant, GERTI MUHO, through undersigned counsel, submits the following objections to the presentence investigation report in the within action:

**PART A.  THE OFFENSE**

**Offense Level Computation**

**Base Offense Level**

1. Paragraph 93: Muho submits that the two-level increase for misrepresentation or other fraudulent action during the course of a bankruptcy proceeding is not warranted; that he did not engage in or cause any conduct constituting sophisticated means, therefore the two-level increase is not warranted. Accordingly, Muho submits that the base offense level is 29.

2. Paragraph 96: Muho submits that he did not abuse a position of public or private trust in a manner that significantly facilitated the commission or concealment of the offenses in this case. Therefore, the two-level increase is not warranted.

3. Paragraph 97: Muho submits that he did not obstruct justice by lying during his testimony in this case and the two-level increase is not warranted. In fact, Muho admitted to the aggravated identity theft counts at trial and explained the reasons for the actions he took.

3. Paragraphs 98 and 101: Based on the foregoing, Muho submits that the total offense level is twenty-eight (26).

**PART D.  SENTENCING OPTIONS**

**<u>Custody</u>**

**Guideline Provisions:**

4. Paragraph 140:  Based on the foregoing objections, the total offense level is 26 and the criminal history category is I.  Accordingly, the advisory guideline imprisonment range is 63 - 78 months.

Muho agrees that a two-year consecutive sentence for each of counts 20 through 37 is applicable pursuant to 18 U.S.C. section 1028A and that the Court has the discretion to impose that mandatory term to run concurrently, in whole or in part, only with another term that is imposed at the same time for an additional aggravated

identity theft violation.

          THOMAS W. RISAVY, ESQ.
          Attorney for defendant
          1999 SW 27 Avenue
          Miami, FL  33145
          305-854-3772
          (Fla. Bar #801410)

          BY: <u>/s Thomas W. Risavy</u>
              THOMAS W. RISAVY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2018, I electronically filed the foregoing Defendant's Objections To Presentence Investigation Report with the Clerk of Court using CM/ECF.

          BY: <u>/s Thomas W. Risavy</u>
              THOMAS W. RISAVY