UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　　CASE NO:  16-20390-CR-BLOOM (s)(s)

　　　　　Plaintiff,

vs.

GERTI MUHO,

　　　　　Defendant.
_____/

## MOTION TO WITHDRAW AS COURT APPOINTED ATTORNEY
## AND LOCAL RULE 88.9 CERTIFICATE

　　　　Undersigned counsel for GERTI MUHO, respectfully move this court for leave to withdraw as attorney of record herein.  The grounds for this motion are as follows:

　　　　1.  That undersigned counsel was appointed pursuant to the Criminal Justice Act to represent Mr. Muho in this matter after an eleven-day trial. Pursuant to that appointment, undersigned counsel reviewed the docket entries in this case, the trial transcripts, and the Pre-sentence Report (PSR) in preparation for sentencing.

　　　　2.  That yesterday, during a conference at FDC Miami, Mr. Muho requested undersigned counsel to withdraw based on irreconcilable differences as to the application of the advisory sentencing guidelines set out in PSR and the objections filed thereto. Undersigned was also advised that it was Mr. Muho's desire to represent himself at sentencing.

　　　　3.  Without specifically commenting on the irreconcilable differences, undersigned counsel submits that it would be in Mr. Muho's best interest to allow undersigned counsel to withdraw in this case.

　　　　WHEREFORE, undersigned counsel for defendant GERTI MUHO, moves this Court for leave to withdraw as appointed counsel herein and for the Court to allow the defendant to represent

himself as he has requested.

## LOCAL RULE 88.9 CERTIFICATE

In accordance with Local Rule 88.9 of Rules of the United States District Court for the Southern District of Florida, undersigned counsel certifies that he has discussed the relief requested herein with Asst. U.S. Attorney Sean McLaughlin, Esq., who advised that the matter should be decided by the Court.

>THOMAS W. RISAVY, ESQ.
>CJA Counsel for GERTI MUHO
>1999 SW 27 Avenue
>Miami, FL  33145
>305-854-3772
>
>
>BY: ___s/ Thomas W. Risavy__
>        THOMAS W. RISAVY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2018, I electronically filed the foregoing motion to withdraw as court appointed attorney and local rule 88.9 certificate with the Clerk of Court using CM/ECF.

>BY: ___s/Thomas W. Risavy___
>       THOMAS W. RISAVY