UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-20390-CR-BLOOM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GERTI MUHO,

        Defendant.
_____/

## MOTION FOR CONTINUANCE
## OF SENTENCING AND LOCAL RULE 88.9 CERTIFICATE

Defendant, GERTI MUHO, through undersigned counsel, moves this court for a continuance of the sentencing hearing in the within action. The grounds for this motion are as follows:

1. That sentencing in this case is set for March 9, 2018, at 1:30 pm.

2. That on February 27, 2018, Mr. Muho requested undersigned counsel to withdraw and to request a continuance of the sentencing hearing to allow him to prepare objections to the PSR and proceed *pro se* at sentencing.

3. That undersigned counsel has filed the motion to withdraw. (See ECF #: 325).

4. That this motion is made in good faith and not for the purposes of undue delay.

5. That the Mr. Muho is in custody pending the sentencing hearing in this case.

WHEREFORE, defendant GERTI MUHO, respectfully moves this Court to continue the sentencing.

## LOCAL RULE 88.9 CERTIFICATE

In accordance with Local Rule 88.9 of Rules of the United States District Court for the Southern District of Florida, undersigned counsel certifies that he has discussed the relief requested herein with Asst. U.S. Attorney Sean McLaughlin, Esq., who advised that the matter should be decided by the Court.

        THOMAS W. RISAVY, ESQ.
        Attorney for defendant
        1999 SW 27 Avenue
        Miami, FL  33145
        305-854-3772

    BY:    s/Thomas W. Risavy
             THOMAS W. RISAVY
             (Fla. Bar #801410)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2018, I electronically filed the foregoing Motion For Continuance Of Sentencing and Local Rule 88.9 Certificate with the Clerk of Court using CM/ECF.

    BY:    s/Thomas W. Risavy
             THOMAS W. RISAVY