UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO:  16-20390-CR-BLOOM (s)(s)

       Plaintiff,

vs.

GERTI MUHO,

       Defendant.
_____/

**MOTION TO WITHDRAW
AS COURT APPOINTED COUNSEL**

Undersigned counsel for GERTI MUHO, respectfully moves this court for leave to withdraw as attorney of record herein.  The grounds for this motion are as follows:

1.  That undersigned counsel was appointed pursuant to the Criminal Justice Act to represent Mr. Muho in this matter after an eleven-day trial.

2. That on March 9, 2018, Mr. Muho was sentenced to a term of imprisonment of 264 months. (DE 338).

3.  That this morning, during a conference at FDC Miami, Mr. Muho (for the second time) requested undersigned counsel to withdraw, this time "because he (Muho) no longer had confidence nor could he "place his trust" in undersigned counsel. Mr. Muho also advised that he wanted to proceed *pro se* on appeal, as indicated by the Notice of Appeal filed yesterday (DE 341); said notice was not transmitted to the Court of Appeals.

WHEREFORE, undersigned counsel for defendant GERTI MUHO, moves this Court for leave to withdraw as appointed counsel herein.

        THOMAS W. RISAVY, ESQ.
        CJA Counsel for GERTI MUHO
        1999 SW 27 Avenue
        Miami, FL  33145
        305-854-3772

BY: ___s/ Thomas W. Risavy__
       THOMAS W. RISAVY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2018, I electronically filed the foregoing motion to withdraw as court appointed attorney with the Clerk of Court using CM/ECF.

BY: ___s/Thomas W. Risavy___
       THOMAS W. RISAVY