UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:  16-20390-CR-BLOOM

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**GERTI MUHO,**
**#89343-053**,

      Defendant.
_____/

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    ANY UNITED STATES MARSHAL and
         WARDEN, FDC MIAMI, Miami, Florida

It appearing to the Court that **GERTI MUHO**, Inmate No: **89343-053**, is confined at FDC Miami, at Miami, FL, and his appearance is necessary for a Motion Hearing at the U.S. Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida 33128, on **Tuesday, March 27, 2018 at 10:00 A.M.**, and that it is necessary for said defendant to be before this Court for said proceeding.

This is to command you, any United States Marshal, that you have the body of the said, **GERTI MUHO**, now detained in custody as aforesaid, under safe and secure conduct, before this Court at Miami, Florida, by or before **10:00 A.M.** on **Tuesday, March 27, 2018 in Courtroom 10-2** for a Motion Hearing and upon completion of said proceeding that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

This is to command you, the Warden of FDC Miami, at Miami, Florida, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this district for the purpose aforesaid.

      **DONE AND ORDERED** at Miami, Florida, on March 21, 2018.

                                         _____
                                         **BETH BLOOM**
                                         **UNITED STATES DISTRICT JUDGE**

cc: counsel of record

United States Marshal Service