UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 16-cr-20390-BB

UNITED STATES OF AMERICA,   11th Cir. Number: 18-11248-D

    Plaintiff/Appellee,

vs.

GERTI MUHO,   **Defendant's Motion for Leave to Access to Sealed Transcripts For Use on Direct Appeal**

    Defendant/Appellant.

_____/

    Defendant/Appellant, Gerti Muho, moves for entry of an order granting his court-appointed appellate attorney and the court reporter access to the sealed transcripts listed on his Transcript Order Information form that needed for his pending appeal, and states as grounds:

    1.    During June 2018, the Eleventh Circuit Court of Appeals appointed the undersigned to represent the defendant, Gerti Muho, on direct appeal. The undersigned subsequently filed a Transcript Order Information form and CJA Form 24 listing the transcripts needed for the appeal. A copy of the Transcript Order Information form is appended as Attachment 1.

    2.    One of the court reporters has informed the undersigned that because three of the proceedings were sealed, a court ordered is required for the reporter to transcribe the transcript and provide a copy. The hearing dates are: August 8, 2016, September 13, 2016 and March 2, 2018.

    3.    Defendant has conferred with counsel for the Plaintiff about the relief

sought in this motion.  Counsel for Appellee, Dan Matzkin, AUSA has indicated that the Government does not object to the disclosure of the transcripts to the undersigned for the purposes of preparing the appellate brief, but objects to unsealing the transcripts because they may contain information subject to the attorney-client privilege.  The undersigned did not represent Mr. Muho during the hearings, but agrees that the transcripts should remain sealed if they contain such information.

      4.     Accordingly, Defendant moves for entry of an order granting leave for the undersigned and the court reporter to access the transcripts for use in the pending appeal.

Wherefore, Defendant respectfully requests entry of an order granting this motion, and granting him such other and further relief as this Court deems appropriate.

September 7, 2018                    Respectfully submitted,

                                            *s/ Jennifer Daley*
                                            JENNIFER DALEY
                                            Florida Bar No.  856436
                                            Jen.Daley@Comcast.net
                                            JDaley@TheAmlongFirm.com
                                            P.O. Box 535
                                            Ft. Lauderdale, FL 33302
                                            (305) 962-8517 / (954) 462-1983
                                            Facsimile (888) 764-4152
                                            *Court-Appointed  Counsel for*
                                                      *Defendant-Appellant Gerti Muho*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed and served this day with the United States District Court Southern District of Florida  and thereby electronically transmitted to counsel of record.

Service List


Emily M. Smachetti, AUSA
United States Attorney's Office
99 N.E. 4th St., Suite 623
Miami, FL 33132
(305) 961-9295
emily.smachetti@usdoj.gov


                                            *s/ Jennifer Daley*
                                            JENNIFER DALEY