United States

v.

Gerti Muho

FILED BY ___ D.C.
MAY 12 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Case No. 16-20390-CR-Bloom

Letter Motion

I, Defendant Gerti Muho, respectfully request this Court allow me to serve my sentence in home confinement because of the danger posed by the coronavirus to my health.

The CDC lists (i) my prolonged usage of excessive amphetamines (ii) my obesity as factors placing me at higher risk of a severe outcome upon contracting the coronavirus.

I am now housed in a cell of twelve with less than an arms-length to three cellmates, above me, to my right and left, in a housing unit with 300 inmates similar to the facilities of Oakdale, Danbury and Elkton where the coronavirus has spread like wildfire upon introduction.

I am a first time offender convicted of bank and wire fraud and identity theft. I have no history of violence. My institutional record is exemplary and I am a minimal risk of recidivism. I also have a home in Florida where my 66 year old mother now lives with my 92 year old grandmother.

I have already served the time I would have served for my crime if I had not regrettably gone to trial. (Based on (i) my plea offer of 87-109 months, without the downward departure Your Honor issues at my sentencing, (ii) time served, (iii) good time credit, (iv) completion of the residential drug program, and (v) half-way house placement.)

To state that I regret my crime and decisions is to understate my regret for my actions. And if allowed to serve the rest of my sentence in home confinement, I would immediately withdraw my appeal to prevent any further effort or resources to be wasted by my past.

I humbly request this Court grant this request for compassionate release and allow me to serve the remained of my sentence at home because I do not want to die in prison from a virus I cannot help contracting.

If this Court finds it necessary to appoint me an attorney to better deal with this request, this Court may do so as it has already found me indigent.

Respectfully submitted,

Gerti Muho

TRENTON NJ 085

05 MAY 2020 PM 4 L

INMATE NAME: Gerti Muho
REGISTER NO.: 89343-053
HOUSING UNIT: 5802
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640

Clerk's Office
400 N. Miami Ave
Room 8N09
Miami FL 33128

33128-771699

USMS
INSPECTED
RECEIVED

MAY 12 2020
12:04 PM