IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Civil Case No. _____
(Underlying Criminal Case No. 1:16-CR-20390)
Judge Bloom

**United States of America**
Plaintiff

v.

**Gerti Muho,**
a.k.a. Gerard Peter Morgan,
a.k.a. Enton Pinguili,
a.k.a. Kris Blair
Defendant
_____/

## LIMITED NOTICE OF APPEARANCE

The Clerk of Court (Criminal Division) will please enter the appearance of the undersigned attorney for Defendant, **Gerti Muho**, in the above-styled action. The Defendant respectfully requests that any and all motions, petitions, applications, requests, demands, memoranda, briefs, notices, discovery, orders, opinions, and all such similar paper of any nature or description, made or   Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered for CM/ECF. This limited notice is for post-conviction trial court level proceedings only and not for any appeals

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May, 2022, I electronically filed the foregoing with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record and the United States Attorney's Office, Miami, FL.

                                        LOUIS C. PIRONTI, ESQ.
                                        Attorney for Defendant
                                        315 SE 7 St., Suite 300
                                        Ft. Lauderdale, FL  33301
                                        Tel:  (954) 990-7411
                                        E-mail: courtfilingslcp@gmail.com

By:      ***/s/ Louis C. Pironti*** _____
                                        Louis C. Pironti
                                        Florida Bar No. 83410