IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 1:16-CR-20390

**United States of America**
Plaintiff

**v.**

**Gerti Muho,**
Defendant

---

**MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO
DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVED NOTICES OF
ELECTRONIC FILING**

---

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Daniel H. Goldman, Esq., of the Law Office of Daniel Goldman, PLLC, 114 North Alfred Street, Alexandria, Virginia 22314, (202) 677-5709, for purposes of appearance as co-counsel on behalf of Gerti Muho, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Daniel H. Goldman, Esq., to receive electronic filings in this case, and in support thereof states as follows:

1. Daniel H. Goldman, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Virginia and of the United States District Courts of the Eastern and Western Districts of Virginia, and of the Maryland State Bar and of the United States District Court of Maryland.

2.	Movant, Louis C. Pironti, Esquire, of the law firm of Louis C. Pironti, Esquire, 315 S.E. 7TH Street, suite 300, 954-990-7411, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.	In accordance with the local rules of this Court, Daniel H. Goldman, Esq. has made payment of this Court's $200 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.	Daniel H. Goldman, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Daniel H. Goldman, Esq., at email address: dan@dangoldmanlaw.com.

WHEREFORE, Louis C. Pironti, Esq. moves this Court to enter an Order for Daniel H. Goldman, Esq., to appear before this Court on behalf of Gerti Muho, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Daniel H. Goldman.

Date: April 22,2022	Respectfully submitted,

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of July, 2021, I electronically filed the foregoing with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record and the United States Attorney's Office, Fort Lauderdale, FL.

LOUIS C. PIRONTI, ESQ.
Attorney for Defendant
315 SE 7 St., Suite 300
Ft. Lauderdale, FL  33301
Tel:  (954) 990-7411
E-mail: courtfilingslcp@gmail.com

By:     */s/ Louis C. Pironti*_____
Louis C. Pironti
Florida Bar No. 83410


Attorneys for Gerti Muho

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 1:16-CR-20390

**United States of America**
Plaintiff

**v.**

**Gerti Muho,**
Defendant

---

### CERTIFICATION OF DANIEL H. GOLDMAN

Daniel H. Goldman, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of State Bars of Virginia and Maryland and of the United States District Courts of Maryland and the Eastern and Western Districts of Virginia; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

_____

Daniel H. Goldman, Esq.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division**

**Case No. 1:16-CR-20390**

**United States of America**
Plaintiff

**v.**

**Gerti Muho,**
Defendant

---

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Daniel H. Goldman, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (dan@dangoldmanlaw.com), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Daniel H. Goldman, Esq., may appear and participate in this action on behalf of Gerti Muho.  The Clerk shall provide electronic notification of all electronic filings to Daniel H. Goldman, Esq., at dan@dangoldmanlaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record