**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-cr-20390-BLOOM**

UNITED STATES OF AMERICA,

v.

GERTI MUHO,

Defendant.
______________________________/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon Defendant Gerti Muho's Motion for Compassionate Release ("Motion"), ECF No. [416]. The matter was referred to Magistrate Judge Eduardo Sanchez pursuant to Administrative Order 2025-11. ECF No. [422].[1] Judge Sanchez issued a Report and Recommendation ("R&R") recommending that Defendant's Motion for Compassionate Release be denied without prejudice for failing to exhaust administrative remedies. ECF No. [423].

The Report and Recommendation advised that "[w]ithin fourteen (14) days from the date of this Report and Recommendation . . . Defendant shall serve and file written objections, if any, to this Report and Recommendation with the assigned United States District Judge." *Id.* at 4. To date, Defendant has not filed objections nor sought additional time to do so. Nonetheless, the Court has conducted a *de novo* review of Judge Sanchez's Report and Recommendation and the record and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Sanchez's Report and

[1] This matter was originally referred to Magistrate Judge Marty F. Elfenbein, who recused herself, and the matter was reassigned to Magistrate Judge Eduardo Sanchez. ECF Nos. [421], [422].

Recommendation to be well reasoned and correct. The Court therefore agrees with the analysis and concludes that Defendant's Motion is dismissed without prejudice.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation, **ECF No. [423]**, is **ADOPTED**.
2. Defendant's Motion for Compassionate Release, **ECF No. [416]**, is **DISMISSED WITHOUT PREJUDICE**.

**DONE and ORDERED** in Chambers in Miami, Florida, on September 9, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record